```
                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF INDIANA
                       HAMMOND DIVISION
```

FARIS AL-HELALI,                )
                                )
            Plaintiff           )
                                )
       v.                       )    Case No. 2:03 cv 48
                                )
DUNGARVIN INDIANA, INC.,        )
                                )
            Defendant           )

### REPORT AND RECOMMENDATION

At the November 10, 2005 pretrial conference, the plaintiff's attorney appeared and indicated that he would seek leave to withdraw his appearance because he no longer could locate the plaintiff. On December 2, 2005, the plaintiff's attorney was granted leave to withdraw.

On October 3, 2006, this matter was set for a status conference on December 1, 2006. A notice of the status conference was sent to the plaintiff at his last known address. The plaintiff failed to appear at the status conference.

Pursuant to Federal Rules of Civil Procedure 16(f) and 41(b), **IT IS RECOMMENDED** that this matter be **DISMISSED WITH PREJUDICE**.

Pursuant to 28 U.S.C. ß636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies mailed to the Chambers of the Honorable Philip P. Simon, Judge of the United States District Court, Hammond Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich. The failure to file a timely objection will result

in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir. 1999); ***Johnson v. Zema Systems Corporation***, 170 F.3d 734, 739 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir. 1994); ***The Provident Bank v. Manor Steel Corporation***, 882 F.2d 258, 260-61 (7th Cir. 1989); ***United States v. Johnson***, 859 F.2d 1289, 1294 (7th Cir. 1988); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 4th day of December, 2006

                                                     s/ ANDREW P. RODOVICH
                                                     United States Magistrate Judge