# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| FARIS AL-HELALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:03 cv 48 |
| | ) | |
| DUNGARVIN INDIANA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich. [Doc. 29.] On November 10, 2005, Plaintiff's counsel appeared at a pretrial conference in this matter and advised the Court that he intended on seeking leave to withdraw because he was unable to locate his client. On December 2, 2005, plaintiff's counsel was granted leave to withdraw. On October 3, 2006, the Court mailed a notice to Plaintiff at his last known address, advising Plaintiff that a status hearing was set for December 1, 2006, before Magistrate Judge Rodovich. On December 1, 2006, Plaintiff failed to appear for the scheduled status conference. In light of Plaintiff's failure to appear for the scheduled status hearing, Magistrate Rodovich recommended that this matter be dismissed with prejudice.

Neither party has filed an objection to Magistrate Rodovich's Report and Recommendation. The Court having reviewed Magistrate Judge Rodovich's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, this case is hereby **DISMISSED, with prejudice.** The Clerk is further directed to treat this matter as **TERMINATED** and all further settings are

hereby **VACATED**.

      **SO ORDERED.**

      ENTER: June 13, 2007

                            <u>s/ Philip Simon</u>
                            Philip P. Simon, Judge
                            United States District Court